IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND 101 W Lombard St
Baltimore Maryland 21201-2691

ROGER ERVIN
UNDER ADA VISION IMPAIR     CIVIL ACTION No: ELH-21-2386
PLAINTIFF
V.S.
CORIZON HEALTH
MATTHEW CARPENTER P.A.
DR. ASRESAHAGN GETACHEW M.D.
DEFENDANTS

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
NOV 01 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## COVER LETTER

Dear Honorable Judge Ellen L. Hollander:

The Defendants never respond to Mr. Ervin Complaint. Only you have with your order & Memorandum Each time. You make or state rules in your order or Memorandum. The Defendants use against Mr. Ervin, like the federal court's don't like to get into. Medication issue we told Mr. Ervin that (Not in those words). But it's what you meant Mr. Ervin explain to you this case is being closely watch. He told you Hon Judge Hollander he is a shame of his condition. So he don't reach out for help. But someone else carry his case to the Lawmaker's. The Sen's Floor they all trying to start a Oversight Committee. For these Medical Company here in Maryland. You have the Documents Mr. Ervin send them to you as his Exhibit's in last case. But whom know if you have time read them or not. But they are trying to receive copy's of your court decision from Mr. Ervin. He stated No they only want to bad mouth our government official's. That

a bad day is too. So know I won't give up any of the court document go on live or whatever you do.

But the point here is this every time you rule or give a order or memorandum they stop Mr. Ervin medication or don't give it to him. Because the court has made clear it's not going to get involve. So the medical company & is employee's attack Mr. Ervin for telling you. They are not going to broke Mr. Ervin he believe he is fighting for God. If he is right or wrong I don't know. But I will state this he has a lot of help if he reach out for it. And a lot of people has become believer's because of what he is doing showing his faith to God in God name I pray Amen.

Here is a example that everyone here started paying attention & after this happen. Mr. Ervin told Officer Skeel CO'2 911 her face. After he stated to her you lied on me. About me touching myself to you while I was fasting for God. They don't have any respect for women here. And racial believe is a cancer & it's a killer. It seem like one day later she was weighing a 160 pound the next she was weighing 64 pound & had cancer & had to come in here to work. She was trying to find Mr. Ervin to state she was sorry. He forgave her he said after it happen why would they let her come to work looking like that. She died of cancer it seem like a day ago may God protect me & you from that Amen

Peace & Bless Much
Respect

United States District Court
District of Maryland
101 W. Lombard Street Baltimore
Maryland 21201-2691
Civil Case No: ELH-21-2386

Roger Ervin under ADA
Vision Impair Plaintiff

V.S.

Corizon Health.
Matthew Carpenter P.A.
Asresahagn Getachew MD

FILED ___ ENTERED
LOGGED ___ RECEIVED
NOV 01 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## First Amended Complaint With Jury Demand & Trial on All Tryable Accounts

## Verified Civil Rights Violation Complaint Jury Demand on All Defendants

### Jurisdictional & Venue this is Proper Venue

This is a Civil Action Authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law of Rights Secured by the Constitution of the United States.

This Court has Jurisdiction under 28 U.S.C Section And 1343 (A)(3).

The District of Maryland is an Appropriate Venue under 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

The Court Also has Supplemental Jurisdiction over the Plaintiff State Claims pursuant

to 29 U.S.C. Section 1367

**1.)**

## PARTIES

During all times mentioned in this complaint the Plaintiff Roger Ervin ("hereby after Mr. Ervin") was and is a citizen of the United States residing at North Branch Correctional Institution 14100 McMullen Hwy S.W. Cumberland MD 21502 in Allegheny County Maryland. The Plaintiff is over the age of 18 years of age.

**2.)**

At all times mentioned herein and material to this complaint the Defendant Company Corizon Inc F/K/A (hereafter "Corizon") is and was corporation license to transact business in the State of Maryland. Corizon employed medical doctor's & physicians assistant for the purpose of providing medical care and treatment to prisoner's patients citizens inmate's such as Plaintiff whom is incarcerated at North Branch Correctional Institution (address unknown until discovery is made). Their hiring practices & policy are being challenge here & provider's inadequate medical care to prisoner's patient's citizen's inmate's.

**3.)**

At all times mentioned herein and material to this complaint the Defendant Matthew Carpenter. PA whom was made aware of Complaintiff chronic condition once return to from surgery Sinus Surgery & was told to schedule all appointment & medication & follow-up visit. So knew the Plaintiff Chronic Condition is and was employ

as a medical providers by Corizon here place of business location at North Branch Correctional Institution N.B.C.I & W.C.I 14100 McMullen Hwy S.W Cumberland Md 21502-5744 (hereafter "Mrs Carpenter")

4.) At all times mentioned herein and material to this complaint the Defendant DR. ASRESAHAGN GETACHEW MD is the Director of all medical personnel for Corizon (hereby "Mr. Getachew") is also an employee by Corizon as a provider. located at North Branch Correctional Institution 14100 McMullen Hwy S.W. Cumberland Md 21502-5744 place of business.

## Statement of Facts

5.) Plaintiff Roger Ervin ("Mr. Ervin") N.B.C.I Suffer from Chronic Condition therefore is under chronic care treatment not receiving. Chronic care inmates patient's citizen chronic patient are to be review & seen every 90 days.

6.) Mr. Ervin received a court order surgery for his left eye & was do by follow-up to see if surgery was a success. At John Hopkins Wilmer Eye Institution by May 13th 2020 It has been well over 5 five months the follow up was do. Both eyeballs was swell & dripping Fluid with know pain medication nor his eyedrop. Mr. Ervin started writting sick call slip to medical they medical personnel claim if it's not a emergency you are not being seen. I was seen October 3, 2020

6.) DR. Alesha Spellman-Smith Optometrists

7.) Dr. Smith Stated & I Quote her Mr. Ervin Need to Go back to John Hopkins as a Emergency. Both his eye's are swollen & infected & hard as Rocks I am Reading his File it Stated he was do back month's ago. I am going to order his eyedrop for one year. But he need to go out, And his eye need to be drain & I am going order something for that infected Mr. Ervin.

8.) Mr. Ervin Started Putting in Sick call slip & writing the C.E.O Asking why is their know providers or Nurses's in Prison's the L.P.N only come on tier to give out medication she can't take sick call slip nor can she tell you why you are not receiving your eyedrop. Can you send someone in to see me & Find out why I am not receiving my eyedrops & any pain medication can't see know providers. The C.E.O wrote back & stated while this case is pending you are not to have contact with any Corizon C.E.O nor it's employee's from their own omission I am being denied treatment the letter already in Court File.

9.) January 4th 2021 I seen Dr. Getachew & tell him what Dr. Smith Stated on October 3, 2020 & I have not been seen on as of now Well I am not a expert with this eye nor I am a ophthalmologist tell the Nurse in room with Mr. Ervin because he was on the

T.V. Screen to schedule Mr. Elvin to see our ophthalmologist. At the time it was not a ophthalmologist here they was staff short then I told him Dr. Smith order emergency to get to John Hopkins Wilmer Eye Institute. I also tell him my eye was dripping fluid & I am in alot of pain.

10.) Then I was seen again February 15th 2021 explain to him that I need that court order for reasonable accommodation for my vision impair & ask him can he get Dr. Green to state & record the condition of my eyes that way I will be able to get to program & get the help I need for my parole hearing & help to read my paperwork. He Dr. Getachew stated he don't understand what I mean I can get someone to help me fill out the stimulus packages & get my I.R.S. refunds that I owe to the Federal Court. And the July statement on my record of medical TB from your R.N. P. Pierce again I will take care of that.

11.) And March Mr. Elvin seen their ophthalmologist & she Dr. Green examine his eye. And state both eyes are swollen as hard as rock & you need them drain & the left eye need to be removed all this it was a big hole in eye ball that was fluid out & I was in so much pain & suffering I couldn't lay on that side or take no light directly in my eyes like now. Dr. Green wrote

Wa Ervin need to go back to John Hopkins Wilmer Eye Institution as a emergency if this consultation is not done in 30 days bring it back to me.

12.) Then I was seen at John Hopkins Wilmer Eye Institution. May 19th 2021 they order urgent surgery because they believe if order emergency surgery they might not bring you back. It took you two years to get here. The area we took the tube out is split open we need to lazer that whole area. But you going to still have to get that eye ball removed because it took you so long to get back we might need to run some test first. We wouldn't remove that tube if we knew it would take you two years to get back to us. Being that way for so long it was cause a lot of optic nerve nerve damage we can't repair that. This is not your fault they should have brought you back.

13.) Once back I send Dr. Getachew & tell him what was told to me & they need a urgent surgery to close that area up I had the surgery June 21, 2021 & close that area up seen Dr. Getachew 1st of June & again 28th of June went back to John Hopkins Wilmer Eye Institution 30th June 2021 for follow-up & more tested need to be done I have to go back July 28th 2021 I have been lock inside of a cell every since June 30th 2021 seen no one talk to know one can't walk far can't stand long only come out

for shower Monday, Wednesday, Fridays a few believers come & check on me when they can.

(4.) So I kept falling down & the officials stated why wouldn't they give you a wheelchair for only long distance you can walk I stated. I told Dr. Getachew all of this. I wrote the C.E.O & headquarter & they at J.G.O stated I am under the protect of case management the officials put me in a handi(I) cap cell not medical for over 7 seven months now I have been in handi(I) cap cell

(5.) The Medical Defendants & Curizon are place my life in danger by not allow the D.O.C officials to know I am vision impair & reasonable accommodation is needed & everyone watch me fall down coming out going to shower until one officials step up & stated this man need a wheelchair & a handi(I) cap shower & cell before he hurt one of our officials falling down. R.N.P. Pierce told Dr. Getachew Mr. Elliti need a wheelchair.

(6.) Now it's has been well over a year after repeatly request help. I was diagnosis with chronic sinus conditions & my nose still bleed & difficult breathing they medical defendants in this case stop all my sinus medication & Dr. Getachew promise he would send me out for a MRI for my sinus & back & get

schedule again it is too late to put me back on my sinus medication because is a blockage in their again why would you take me off & give know treatment.

17.) Plaintiff learned that he was unable to deal with the pain some days the pain is so bad he can't get out of bed from eye & sinus & back & have not seen anyone since returning from John Hopkins has put in 20 or more sick call slip kept stopping his eyedrop & delaying them come back Don't know why they are messing with eyedrop or why they won't come sometime they do & sometime they don't. The eyedrop are the only way the eye won't swell up need them as if a person need to wear their eye glass's to see. If the eye's swell up they could split again this is why these eyedrop are need.

18.) Defendant's know this they testify under oath that Mr. Ervin had loss his central eyesight by delaying his own surgery & his eyes don't drain on their own Dr. Getachew statement then why not write the orders

19.) Defendant Carpenter P.A. was one of first people Mr. Ervin seen after surgery sinus & seen her here repeated about his eyes & sinus

20.) Defendant Corizon has made matter worse they told the Judge they didn't know Mr. Ervin had a court order for reasonable accommodation for vision

Inmate & once they found out still didn't direct their employee's to write the order. This is Discriminate they knew & known I couldn't see. If I go I have to ask Case Management to place Mr Elvin in their protect a shame.

21.)
Mr Elvin have trouble sleeping the follow-up visit to John Hopkins Wilmer Eye Institute was set for July 28 2021 we don't know now when it will be Now the right eye is starting act just like the left eye before they put that tube in the left eye.

22.) CAUSE OF ACTION
The Defendant Corizon & Defendants ignored the obvious warning & my pain & suffering after acknowledging my follow-up surgery for my eyes & the need for my sinus medication.

23
Had the Defendant Corizon & Defendants took the necessary steps to provide monthly eye check they would have knew & known Mr. Elvin was in pain & suffering & need to Coo out Emergency

24.)
This is clearly 8th Amendment violation & deliberate indifference when they could have just check on Mr. Elvin Knowing he just came from surgery was in pain & suffering. We consistently violated medical Policy & Procedure & Practice

25.)

when a reasonable doctor's would have considered the needs of Plaintiff worthy of commit & treatment long before Now. As of the facts the Plaintiff herein alleges the defendant an the operation and administration of their duties and service have shown Reckless and deliberate indifference.

26.)
The Defendant's knew or should have known the Plaintiff was suffering and continued to suffer & cause damage to Mr. Ervin Eyes

27.)
The Defendants knew or should have known from surgery that Mr Ervin need to be closely watch & check the warnings sign was there Mr. Ervin told them before the hit of (Covid 19) No excuse. Defendants failing and acted in a willful intentional and malicious manner with a conscious disregarding of the Plaintiff well being

28.)
As a direct and for-seeable result of the Defendants Violations of the 8th Eighth amendment & 14th amendment & Violation & discriminate of a disable Patient citizen Inmate Prisoner the Plaintiff has suffered is suffering, and will continue to suffer damage in the form of pain emotional distress mental distress and other consequences from the non-actions of the defendant Corizon & Defendants who failed to respond reasonable

Discriminate Claim
14th Amendment Claim
8th Amendment Claim
Deliberate Indifference

The Defendant by their acts and own omission failed to respond appropriately, and in a serious medical condition to Plaintiff over more then one year now the Plaintiff need to get his left eye removed maybe his right.

The Plaintiff is a chronic care patient, citizen, inmate, prisoner & has been in serious pain that has an adverse affect on his mental, psychological & physical well being. While defendants had full knowledge of Plaintiff condition & didn't do anything.

Defendants constituted cruel and unusual punishment in their. When they knowingly withheld need treatment regarding the Plaintiff eyes & sinus all these exhibit already in court filed.

Wherefore Plaintiff respectfully pray that this court enter Judgment for Plaintiff with Jury demand on all counts

(A.) Declare the defendants intentionally delayed the Plaintiff access to meaningful treatment.
(B.) Declare the defendants intentionally delayed the Plaintiff access to meaningful treatment.
(C.) Declare Plaintiff if he would have seen a reasonable doctors and or doctor would have considered Plaintiff's

Needs And Treatment Sooner

(D:) Declare Plaintiff Condition was Chronic And Seriously Painful Cruel And Unusual

(E:) Grant Plaintiff Compensatory damages For All Medical Defendants & Defendant Corizon Cost And Care Provided by Defendant upon Plaintiff release From Incarcerated in Now & Future

(F:) Grant Plaintiff Medical Choice of Where he received care if needed over Period of time

(G:) Grant Plaintiff Compensatory damages in the Amount of One Million dollars ($1,000,000) From Corizon One Million dollars ($1,000,000) Matthew Carpenter P.A. One Million Dollars ($1,000,000) Asres-Ahagn Getachew MD

(H:) Award Plaintiff the Cost of Filing Fees And A Reasonable Attorney Fee if one is Not Provided

(I:) Declare Punitive damages in the Mount the Court deems Appropriate For Defendant's Callous Indifference

(J:) Grant Such Other And Future relief As the Court deems Just And Proper.

Plaintiff hereby Request A Trial by Jury of All Issues Contained herein

Date October 14, 2021

Respectfully

[signature]

VERIFICATION

I have been Plaintiff (MB Elvin) Verify those

page 13

Statement are true & correct I certify under penalty of perjury

Date October 1st 2021

Respectfully
Roger Ervin

## Certificate of Service

I am indigence can duly send this one copy out to the court Clerk United States District Court for Maryland 101 W Lombard Street Baltimore Maryland 21201-2691

Date October 1st 2021

Respectfully
Roger Ervin