United States District Court
For the District of Maryland
101 W. Lombard Street Baltimore
Maryland 21202-2691

Civil Action No: ELH-21-2386

Roger Ervin Pro-Se
Plaintiff

V.S.

Corizon Health Inc.
Dr. Asresahegn Getachew MD
Matthew Carpenter P.A.
Defendants

## Plaintiff Again Object to Defendants' Motion Opposed Default

Plaintiff Roger Ervin oppose the Defendant Motion against Default Defendants' Corizon Health Inc Dr. Asreahegn Getachew MD & Matthew Carpenter P.A.

### Declaration

I am the Plaintiff in this above Civil Case Roger Ervin I am of Legal and Competant to testify to at a hearing as following:

I am Currently Incarcerated at North Branch Correctional Institution in Custody of A New Warden (N.J.A.) to the best of my personal knowledge and belief

### Affirm

I solemnly swear under oath this Declaration is the truth & Correct at this period of time

In support of this following Request Plaintiff state as following:

(1.) Plaintiff initiated this 42 U.S.C. § 1983 Complaint against these Defendants' on or about November 1, 2021.

(2.) Defendants' requested a extension of time first until April 1, 2022 6 six month & it was granted by this Hon Judge ELH-21-2386. As the Plaintiff object to it because his condition is a deteriorating condition would get worse with time.

(3.) On April 1, 2022 the Defendants requested another extension of time the Plaintiff didn't have time to object to this one it was granted until May 1, 2022 before or by May 1, 2022 the Hon Judge ELH-21-2386 didn't set that date the Defendants' did & the failure to meet it.

(4.) While the Plaintiff Repeatly made Request for discovery & a waiting pending hospital appointment with John Hopkins Wilmer Eye Institute as he do now for May 18th 2022 ER) at John Hopkins while he wait in pain & suffering & was seen by the Defendant Dr. Getachew MD and he was told Mr. Ervin need to Return May 17th 2022 While being seen by Dr. Getachew MD. the Surgeon came to the Emergency Room & schedule the appointment for May 18th 2022 & order Medication

(5) But there was no nurses to pull the order emergency room made the signs ringer & write the order, what need to be done how Mr. Ervin should be laying ECT.

(6.) But there request to the Hon Judge ELH-21-2386 was before or by May 1 2022 they didn't make that date they set. Now the Hon Judge ELH-21-2386 they set. Plaintiff Mr. Ervin knew they was delaying hoping that Mr. Ervin condition would get worse & it did. He is still waiting on that follow-up visit of May 18th 2022 this date June 2, 2022.

(4) Please see Exhibit (A) The envelope Mr. Ervin didn't receive that Summary Judgment until May 12th 2021 A extension of time clearly should had been May 1 2022 post mark, not May 6, 2022 So they default they failure to response by their set court date May 1 2022 also see Exhibit B & C)

(8) And they didn't meet the standard of Summary Judgment Nor did they follow the Hon Judge ELH-21-2386 instruction or order this is why Defendants' stated do you want us to send Plaintiff another Summary Judgment. They knew & knowns they failure to meet the standard of Summary Judgment after the fact. The Defendants' doesn't have any respect for anyone the Judges surgeon's world renown Hospital

(9) Mr. Ervin is still waiting on his sinus rinse & the other eyedrop his follow-up visit was on May 18th 2022 & he seen Dr. Getachew MD on May 17th 2022 they received the order from the emergency room once Mr. Ervin got back May 12, 2022 no excuse for this I didn't say anything to the surgeon that came to emergency room to see Mr. Ervin not anything so the Defendants' would not state Mr. Ervin is coaching the surgeon at the Wilmer Institute.

Wherefore Defendants' Corizon Health Inc & Dr. Asresahegn Getachew MD & Matthew Carpenter PA. Should be denied their motion in opposition of Default where Plaintiff, respectfully request this Court grant the Default motion and any other further relief this Court deems just & proper respectfully submitted this date June 2 2022

M.S. McGaw Montravious
600 Baltimore Avenue #305
Towson Maryland 22204

Certificate Service
I hereby certify that on the 21st day of June 2022 a copy of the foregoing document was send by MBC-I mail system to United States District Court for the District of Maryland 101 W Lombard St Balto MD 21201-2691

Respectfully yours
Joseph Ervin

June 21st 2022